UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ZELAYA GONZALEZ,<br><br>                                Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORRECTIONAL MEDICINE ASSOCIATES, P.C.,<br><br>                               Defendants. | Case No.:  3:24-cv-00087-JAH-BLM<br><br>**ORDER VACATING HEARING** |

Pending before the Court is Defendants CoreCivic, Inc. and Correctional Medicine Associates, P.C.'s Motion to Dismiss. (ECF No. 5).  After a careful review of the briefings, the Court deems the motion suitable for adjudication without oral argument.  *See* CivLR 7.1.d.1.  Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument, and the hearing set for April 3, 2024, at 2:30 p.m. is **VACATED**.  The Court will issue an Order in due course.

    **IT IS SO ORDERED.**

DATED: March 28, 2024

                                                    JOHN A. HOUSTON<br>
                                                    UNITED STATES DISTRICT JUDGE