UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ZELAYA GONZALEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br><br>CORECIVIC, INC., et al.,<br><br>                                    Defendants. | Case No.:  3:24-cv-00087-JAH-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>**[ECF No. 14]** |

On October 14, 2024, the parties filed a Joint Motion to Extend Defendants' Responsive Pleading Deadline.  ECF No. 14 ("Joint Motion").  IT IS HEREBY ORDERED that the parties' Joint Motion is granted.  Defendants CoreCivic, Inc. and Correctional Medicine Associates, P.C., shall have thirty (30) days from the date Plaintiff files his amended complaint to file a responsive pleading.

**IT IS SO ORDERED.**

DATED: October 15, 2024

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1

3:24-cv-00087-JAH-BLM