UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ZELAYA GONZALEZ, | Case No.:   24cv0087-JAH (BLM) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION** |
| v. | |
| CORECIVIC, INC., ET AL., | |
| Defendants. | **[ECF No. 24]** |

On January 17, 2025, the parties filed a joint motion requesting that the Court enter the parties' Protective Order. ECF No. 24. The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modification:

The last two sentences of Paragraph 19 are deleted.

**IT IS SO ORDERED.**

Dated:  1/21/2025

_____
Hon. Barbara L. Major
United States Magistrate Judge

1

24CV0087-JAH (BLM)