UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ZELAYA GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORRECTIONAL MEDICINE ASSOCIATES, P.C.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00087-JAH-BLM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**[ECF No. 30]** |

On April 15, 2025, Plaintiff's counsel (Boucher LLP) filed a Motion to Withdraw as Plaintiff's Counsel. ECF No. 30 ("Motion"). Plaintiff's counsel explains it has fundamental differences with Plaintiff that make representation unreasonably difficult. *Id.* at 2. Furthermore, Plaintiff's counsel explains "Plaintiff knowingly and freely assents to termination of the representation." *Id.*

On April 28, 2025, Defendants filed a Response that does not oppose the Motion, but rather asks the Court to set a date by which Plaintiff must inform the Court and opposing counsel whether he will proceed *pro se* or retain new counsel. ECF No. 31 ("Response") at 1. Defendants also raise concerns about the 21 documents they have produced under a Protective Order that designates the documents "CONFIDENTIAL-

ATTORNEY'S EYES ONLY" and limiting Plaintiff's access to those documents in the event he should proceed *pro se*. *Id.* at 2.

In Plaintiff's counsel's Reply, Plaintiff's counsel agrees the court should set a date by which Plaintiff must indicate whether he will retain new counsel or proceed *pro se*. ECF No. 33 ("Reply") at 2. Additionally, Plaintiff's counsel suggests a ninety (90) day continuance of the dates in the Court's Scheduling Order, (ECF No. 27). *Id.* Finally, Plaintiff's counsel agrees to keep the documents under the Protective Order until Plaintiff retains new counsel, and those documents "shall be viewed only by counsel, Court and Court personnel, and by independent experts who have been retained by a party or its counsel to serve as an expert witness or a consultant in this action." *Id.*

Good cause appearing; the Court **GRANTS** the Motion to Withdraw as Counsel. IT IS FURTHER ORDERED:

1. The hearing set for May 14, 2025, is **VACATED** pursuant to Civil Local Rule 7.1.d.1, as this Court has determined this Motion is suitable for adjudication on the briefings and without oral argument.

2. Plaintiff shall file a notice with the Court to be served on opposing counsel indicating whether he will proceed *pro se* or whether he has retained new counsel (in which case he shall include his new counsel's name(s) and contact information) no later than June 11, 2025.

3. Plaintiff's former counsel (Boucher LLP) shall retain the documents covered by the Protective Order and only release them to Plaintiff's new counsel in the event he retains new counsel, or until otherwise ordered by this Court.

4. Plaintiff's time to respond to Defendant's First Set of Interrogatories to Plaintiff shall be extended from May 12, 2025, to June 30, 2025.

**IT IS SO ORDERED**.

DATED: May 13, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE