UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALEXIS ZELAYA GONZALEZ, | Case No.:   24CV0087 JAH BLM |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART DEFENDANTS' EX PARTE MOTION TO STAY REMAINING DEADLINES** |
| v. | |
| CORECIVIC INC., et al., | **ECF No. 36** |
| Defendants. | |

Currently before this Court is the Defendants' August 20, 2025 Ex Parte Motion to Stay Remaining Deadlines Pending the Court's Determination of Defendants' Motion to Compel. ECF No. 236. For the reasons set forth below, the Court **GRANTS**, in part, the Defendants' request and **VACATES** the remaining deadlines set forth in the Court's January 27, 2025 Scheduling Order and **ORDERS** the parties to contact the Court within three (3) days of District Judge John Houston's ruling on the pending motion to compel.

On January 27, 2025, the Court issued a Scheduling Order regulating discovery and all other pre-trial proceedings. ECF No. 27.  On May 13, 2025, District Judge Houston granted Plaintiff's counsel's motion to withdraw as counsel and ordered Plaintiff to notify the Court by June 11, 2025 whether he would proceed *pro se* or retain new counsel. ECF No. 34. Plaintiff has not responded to that Order.  See docket.

24CV0087 JAH (BLM)

On July 30, 2025, Defendants filed a Motion to Compel in which they seek to compel Plaintiff to respond to written discovery and they are also seeking sanctions for Plaintiff's failure to prosecute this action.  ECF No. 35.  This motion is calendared to be heard by District Judge Houston on September 10, 2025.  See id.  In defense counsel's declaration in support of the motion to compel, Dana Keene declares that she learned that Plaintiff had been "transported offsite" from the facility where he was detained on May 23, 2025 and have since been unable to locate his whereabouts.  Decl. of Dana Keene ("Keene Decl."), ECF No. 35-1, at ¶¶ 28-33.

Defendants have filed the motion currently before this Court seeking a stay of all the remaining deadlines in this matter until District Judge Houston rules on their pending motion to compel.  ECF No. 36.  Defendants seek this relief due to their continued inability to contact Plaintiff and there are deadlines, including designation of experts, set before the September hearing date on the motion to compel.  Id.  The Defendants assert that Plaintiff's failure to "advise the parties or the Court of his current whereabouts" has caused them to suffer "both hardship and inequity."  Id. at 6.  As a result, Defendants seek relief from current deadlines because it will "allow the Court and Defendants sufficient time to attempt to resolve Plaintiff's unknown location and lack of communication, and to determine whether he intends to pursue this case."  Id. at 7.

After conferring with District Judge John A. Houston regarding the Defendants' ex parte Motion, the Court finds good cause and **ORDERS** the following:

1. The Defendants' Ex Parte Motion to Stay Remaining Deadlines, see ECF No. 36, is **GRANTED** in part.

2. The Court **VACATES** the remaining dates in the operative scheduling order. ECF No. 27.  Within three (3) days of District Judge Houston's ruling on the pending Motion to Compel, ECF No. 35, the parties are to contact this Court to calendar a Case Management Conference to set a new scheduling order.

**IT IS SO ORDERED.**

24CV0087 JAH (BLM)

Dated:  8/21/2025

Hon. Barbara L. Major
United States Magistrate Judge

24CV0087 JAH (BLM)