

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALEZ,<br><br>               Plaintiff,<br><br>v.<br><br>CORECIVIC, INC., et al.,<br><br>               Defendants. | Case No.:  3:24-cv-00087-JAH-BLM<br><br>**ORDER VACATING HEARING AND DENYING DEFENDANTS' MOTION FOR LEAVE TO APPEAR REMOTELY**<br>**[ECF NOS. 35, 38]** |

Pending before the Court are CoreCivic, Inc. and Correctional Medicine Associates, P.C.'s (collectively, "Defendants") Motion for Leave to Appear Remotely, ECF No. 38, and Motion to Compel, Motion to Have Requests for Admission Deemed Admitted, and Motion for Sanctions, ECF. No. 35 ("Motion to Compel").  After a careful review of the pleadings, the Court deems Defendants' Motion to Compel suitable for adjudication without oral argument.  *See* CivLR 7.1.d.1.  In light of the foregoing, the Court DENIES Defendants' Motion for Leave to Appear Remotely as the motion is now moot.  ECF No. 38.  Accordingly, IT IS HEREBY ORDERED:

- Defendants' Motion to Compel is taken under submission without oral argument and the hearing set for September 10, 2025, at 2:30 p.m. is **VACATED**.
- Defendants' Motion for Leave to Appear Remotely is **DENIED**.

The Court will issue an order as to Defendants' Motion to Compel in due course.

//

//

**IT IS SO ORDERED.**

DATED: September 4, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

3:24-cv-00087-JAH-BLM